UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD LEE ALLEN, #43240 | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-02134-GMN-PAL |
| vs. | ) ) | |
| BONNY POLLY, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

Plaintiff has submitted a *pro se* civil rights complaint.  However, his application to proceed *in forma pauperis* is incomplete; the Financial Certificate is not signed by an authorized officer, and the statement for plaintiff's institutional account is missing.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form provided by this court.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and

Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of this entire action.

DATED this 24th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE